USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
APP GROUP (CANADA) INC. D/B/A           :
MACKAGE, AND A.P.P. GROUP INC. D/B/A    :
MACKAGE,                                 :
                                Plaintiffs,  :
              -against-            :     21-CV-7712 (VEC)
                                         :
                                         :        ORDER
RUDSAK USA INC,                          :
                                Defendant.  :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on November 11, 2021, Defendant filed a motion to dismiss the complaint, Dkt. 12;

       IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, November 26, 2021** and any reply in support is due no later than **Friday, December 3, 2021**. The Court reminds Plaintiff that in lieu of responding to the motion to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date: November 12, 2021
      New York, New York

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**