USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
APP GROUP (CANADA) INC. D/B/A :
MACKAGE, AND A.P.P. GROUP INC. D/B/A :
MACKAGE, :
                        Plaintiffs, :
     -against- :        21-CV-7712 (VEC)
 :
 :       <u>ORDER</u>
RUDSAK USA INC, :
                        Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 19, 2021, the parties appeared for an initial pretrial conference;

      IT IS HEREBY ORDERED that any response in opposition to the pending motion to dismiss is due no later than **Friday, December 17, 2021** and any reply in support is due no later than **Friday, January 7, 2022**. Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases in lieu of responding to the motion to dismiss, but Plaintiff may not do both.

      IT IS FURTHER ORDERED that discovery in this matter is STAYED. The Court will consider lifting the stay upon receipt of Plaintiff's response in opposition to the motion to dismiss.

      IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

Date: November 20, 2021                                                 **VALERIE CAPRONI**
       New York, New York                                  **United States District Judge**