**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
APP Group (Canada) Inc. d/b/a, Mackage and
A.P.P. Group Inc. d/b/a Mackage,

                          Plaintiff,

          -against-                                          21 **CIVIL** 7712 (VEC)

                                                            **JUDGMENT**

Rudsak USA Inc.,

                          Defendant.
-------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated August 10, 2022, the motion to dismiss is granted as

to all counts and the case is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

          August 12, 2022

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                          **BY:**
                                        _____
                                        **Deputy Clerk**