USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
APP GROUP (CANADA) INC. D/B/A                            :
MACKAGE, AND A.P.P. GROUP INC. D/B/A                     :
MACKAGE,                                                 :
                                Plaintiffs,         :
            -against-                                 :      21-CV-7712 (VEC)
                                       :
                                       :           ORDER
RUDSAK USA INC,                                          :
                                Defendant.         :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 10, 2022, the Court granted Defendant's motion to dismiss the Complaint with prejudice, *see* Opinion & Order, Dkt. 25;

       WHEREAS on September 8, 2022, Plaintiffs appealed that decision, *see* Notice of Appeal, Dkt. 29;

       WHEREAS on January 9, 2024, the Second Circuit vacated in part the Court's Opinion and Order granting the motion to dismiss, *see* Summary Order, Dkt. 30; and

       WHEREAS on January 30, 2024, the mandate issued, *see* Mandate, Dkt. 31;

       IT IS HEREBY ORDERED that, not later than **Friday, February 16, 2024**, the parties must file a joint letter with proposed next steps, including whether (1) the parties request a settlement conference with Magistrate Judge Moses; and (2) a schedule for Plaintiffs to file an amended complaint.

**SO ORDERED.**

**Date: January 30, 2024**
       **New York, New York**

                                                                   **VALERIE CAPRONI**
                                                              **United States District Judge**